IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAL DEV, | | |
| | Plaintiff, | No. 2:12-cv-3026-TLN-EFB PS |
| vs. | | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15 INCLUSIVE, | | |
| | Defendants. | ORDER |

This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On September 4, 2013, the court heard defendant's motion to compel plaintiff's attendance at his deposition. ECF No. 11. Attorney Edward Olsen appeared at the hearing on behalf of defendant; plaintiff appeared pro se. As stated on the record, and for the reasons stated on the record, defendant's motion is granted. Each party shall bear its own costs.

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to compel plaintiff's attendance at his deposition (ECF No. 11) is granted; and

////

1

2. Plaintiff is to appear at his deposition on September 6, 2013 at 10:00 a.m at the United States Attorney's Office, 501 I Street, Sacramento, CA 95814.

SO ORDERED.

DATED: September 4, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE