1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAL DEV,

11            Plaintiff,                        No. 2:12-cv-3026-TLN-EFB PS

12         vs.

13   PATRICK R. DONAHOE, POSTMASTER
     GENERAL OF THE UNITED STATES
14   POSTAL SERVICE, AND DOES 1-15
     INCLUSIVE,
15
              Defendants.                       ORDER
16   _____/

17         This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

18   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On September

19   4, 2013, the court heard defendant's motion to compel plaintiff's attendance at his deposition.

20   ECF No. 11.  Attorney Edward Olsen appeared at the hearing on behalf of defendant; plaintiff

21   appeared pro se.  As stated on the record, and for the reasons stated on the record, defendant's

22   motion is granted.  Each party shall bear its own costs.

23         Accordingly, it is hereby ORDERED that:

24         1.  Defendant's motion to compel plaintiff's attendance at his deposition (ECF No. 11) is

25   granted; and

26   ////

1

2.  Plaintiff is to appear at his deposition on September 6, 2013 at 10:00 a.m at the United States Attorney's Office, 501 I Street, Sacramento, CA 95814.

SO ORDERED.

DATED:  September 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE