UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL DEV,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL OF THE<br>UNITED STATES POSTAL SERVICE,<br><br>          Defendant. | No.  12-cv-03026 JAM-EFB (PS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

This matter is before the Court on Plaintiff Lal Dev's ("Plaintiff") Motion for Reconsideration (Doc. #32) by the District Court of the Magistrate Judge's Ruling (Doc. #30).[1] Defendant did not file an opposition. For the reasons set forth below, Plaintiff's motion is DENIED.

   I.   FACTUAL ALLEGATIONS AND PROCEDURAL BACKGROUND

Plaintiff filed this action on December 17, 2012, against Patrick R. Donahoe, Postmaster General of the United States

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 303(e). No hearing was scheduled.

1

1  Postal Service ("Defendant").  He alleges four causes of action
2  under Title VII of the Civil Rights Act, 52 U.S.C. § 2000e(5):
3  (1) race/color discrimination, (2) sex discrimination,
4  (3) retaliation for protected activities, and (4) disparate
5  treatment.  Compl. at 1.  This action is related to Dev v.
6  Donahoe, 2:11-cv-02950 JAM-EFB.
7      Plaintiff requested the Magistrate Judge to stay all
8  proceedings in this action, pending resolution of his related
9  case (Doc. #29).  The Magistrate Judge denied Plaintiff's
10 request (Doc. #30).
11
12                        II.   OPINION
13     A.   Legal Standard
14     The standard for a Motion for Reconsideration is governed
15 by 28 U.S.C. § 636(b) and Local Rule 303.  The district court
16 "may reconsider any pretrial matter . . . where it has been
17 shown that the magistrate judge's order is clearly erroneous or
18 contrary to law."  28 U.S.C. § 363(b)(1)(A); E.D. Cal. L. R.
19 303(f).  The standard of review under § 636(b)(1)(A) is highly
20 deferential; see United States v. Abonce-Barrera, 257 F.3d 959,
21 968-69 (9th Cir. 2001), and does not permit the reviewing court
22 to substitute its own judgment for that of the magistrate
23 judge's.  Grimes v. City & County of San Francisco, 951 F.2d
24 236, 241 (9th Cir. 1991).
25     B.   Discussion
26     Plaintiff argues that the Magistrate Judge should have
27 granted the stay because the issues in this case are identical
28 to the third cause of action in the related case and therefore,

                                2

a stay would promote judicial economy, conserve party resources, and avoid prejudice of the parties. However, on January 22, 2014, the Court adopted the Magistrate Judge's findings and recommendations in the related case, granting Defendant's motion for summary judgment and closing the case. <u>Dev v. Donahoe</u>, 2:11-cv-02950 JAM-EFB, Doc. #139. Therefore, a stay is no longer necessary. Accordingly, the Court finds that Plaintiff's motion is now moot.

### III.   ORDER

For the reasons set forth above, the Court DENIES Plaintiff's Motion for Reconsideration of the Magistrate Judge's Ruling.

IT IS SO ORDERED.

Dated:   February 7, 2014

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE