UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL DEV,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL OF THE<br>UNITED STATES POSTAL SERVICE,<br>AND DOES 1-15 INCLUSIVE,<br><br>　　　　　　Defendant. | No. 2:12-cv-3026-JAM-EFB PS<br><br><br><br>ORDER |

　　　On May 6, 2014, plaintiff, who is proceeding pro se, filed a request for leave to file electronically in the above-entitled actions. ECF No. 51. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

/////

/////

1

Plaintiff did not submit a stipulation as provided in Local Rule 143, and his motion does not provide the basis for his request to file electronically. Therefore, plaintiff's motion is denied without prejudice for failure to comply with Local Rule 133(b). The court notes that in *Dev v. Donahoe*, 2:12-cv-3026-JAM-EFB, defendant's motion for summary judgment, which was heard on March 5, 2014, has been fully briefed and remains pending for decision. Plaintiff's other action, *Dev v. Donahoe*, 2:11-cv-2950-JAM-EFB, has already been adjudicated by this court and was closed on January 22, 2014. Thus, plaintiff's request to file documents electronically appears to be, at this juncture, superfluous.

For the foregoing reasons, it is hereby ORDERED that plaintiff's motion to file documents electronically in this court, ECF No. 51, is denied.

DATED: May 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2