UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL DEV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL OF THE<br>UNITED STATES POSTAL SERVICE,<br>AND DOES 1-15 INCLUSIVE,<br><br>　　　　Defendant. | No.  2:12-cv-3026-JAM-EFB PS<br><br><br><br>ORDER |

　　On April 22, 214, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

　　Accordingly, IT IS ORDERED that:

　　1.  The proposed Findings and Recommendations filed April 22, 2014, are ADOPTED; and

　　2.  Plaintiff's motion to amend the complaint, ECF No. 45, is denied.

DATED: June 27, 2014

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____ ___
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE